FILED
 2010 Sep-03  PM 05:11
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| Alabama Gas Corporation, ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | 2:10-cv-1840-IPJ |
| Travelers Casualty and Surety ) | |
| Company, et al., ) | |
| Defendants. ) | |
| ) | |

### ALABAMA GAS CORPORATION'S MOTION TO BIFURCATE DUTY TO DEFEND FROM BAD FAITH AND DUTY TO INDEMNIFY ISSUES, TO EXPEDITE CONSIDERATION OF DUTY TO DEFEND, AND TO STAY ALL PROCEEDINGS ON BAD FAITH <u>AND DUTY TO INDEMNIFY</u>

Plaintiff, Alabama Gas Corporation ("Alagasco"), by and through the undersigned counsel, hereby files this Motion pursuant to Rules 42 and 57 to ask the Court to

1. bifurcate consideration of the duty to defend from issues surrounding bad faith and the duty to indemnify;

2. expedite consideration of Defendant St. Paul Fire and Marine Insurance Company's ("St. Paul Fire's") duty to defend; and

3. stay all proceedings relating to bad faith and the duty to indemnify pending resolution of St. Paul Fire's duty to defend.

As set forth in more detail in Plaintiff's attached brief in support hereof, the

duty to defend issues in this Lawsuit can be decided as a matter of law with no discovery, and clarity on the duty to defend may allow the parties to resolve the remainder of the dispute. In contrast, the issues surrounding whether the Defendants' handling of this claim constituted bad faith and the extent of their duty to indemnify may require extensive discovery, motions practice and perhaps a trial by jury. The sequence proposed herein will minimize the use of judicial resources and, further, any inconvenience to the Defendants would be slight.

Respectfully submitted this 3rd day of September, 2010.

/s/ W. SCOTT LASETER
W. SCOTT LASETER
Kazmarek Geiger & Laseter LLP
3490 Piedmont Road, NE
Suite 201
Atlanta, GA  30305
Tel:  404-812-0839
Fax: 404-812-0845
slaseter@kglattorneys.com
Georgia Bar No. 438515

REBECCA WRIGHT PRITCHETT
Alabama Bar No. ASB- 5146-T83R
FRED R. DELEON, JR
Alabama Bar No. ASB-0761-R80D
Pritchett Law Firm LLC
2001 Park Place, Suite 810
Birmingham, AL 35203
Tel:  (205) 583-9090
Fax: (205) 583-9098
fdeleon@pritchettlawfirm.com

*Counsel for Plaintiff Alabama Gas Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2010, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

>Andrew J. Sinor, Esq.
>Hand Arendall, LLC
>1200 Park Place Tower
>2001 Park Place North
>Birmingham, Alabama 35203

>Respectfully submitted,

>/s/ W. SCOTT LASETER
>W. SCOTT LASETER
>Kazmarek Geiger & Laseter LLP
>3490 Piedmont Road, NE
>Suite 201
>Atlanta, GA  30305
>Tel:  404-812-0839
>Fax: 404-812-0845
>slaseter@kglattorneys.com
>Georgia Bar No. 438515

>*Counsel for Plaintiff Alabama Gas Corporation*