# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ALABAMA GAS CORPORATION, | ) |
| Plaintiff, | ) |
| vs. | )   CV 10-J-1840-S |
| TRAVELERS CASUALTY AND SURETY COMPANY, et al., | ) |
| Defendants. | ) |

## ORDER

Pursuant to the Report of Parties Planning Meeting filed by the parties (doc. 45),

It is hereby ORDERED that discovery in this case is stayed until the pending motions have been fully briefed by the parties and the court has ruled on them.  Thereafter, the court will set the case for a scheduling conference.

**DONE** and **ORDERED** this 21st day of October 2010.

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE