# EXHIBIT A

## Kochenderfer, Ruth

| | |
|---|---|
| **From:** | Scott Laseter <slaseter@kglattorneys.com> |
| **Sent:** | Tuesday, August 16, 2011 5:15 PM |
| **To:** | Kochenderfer, Ruth |
| **Cc:** | Winston, Frank; dsinor@handarendall.com; Rebecca@pritchettlawfirm.com; Carol Geiger; Janaskie, Paul |
| **Subject:** | RE: Alagasco v. Travelers - Due Date for Expert Reports |

Ruth:

To confirm our phone conversation, Alagasco is agreeable to giving Travelers an extra three days to produce its expert reports. We also each agreed that we would endeavor to provide possible deposition dates for each of our experts at the time we provide reports, which dates fall within the approximately three weeks each side would have for those depositions (i.e., between September 13 and October 7, in the case of Alagasco as witnesses, and between October 7 and October 31, in the case of Travelers witnesses). Thanks.

Scott

W. Scott Laseter
Kazmarek Geiger & Laseter LLP
3490 Piedmont Road, N.E., Suite 350
Atlanta, Georgia 30305

(404) 812-0844
www.kglattorneys.com

---

**From:** Kochenderfer, Ruth [mailto:rkochenderfer@steptoe.com]
**Sent:** Tuesday, August 16, 2011 1:38 PM
**To:** Scott Laseter
**Cc:** Winston, Frank; dsinor@handarendall.com; Rebecca@pritchettlawfirm.com; Carol Geiger; Janaskie, Paul
**Subject:** RE: Alagasco v. Travelers - Due Date for Expert Reports

Scott,

We are asking for three few additional days beyond the 2-week extension. Thus, instead of Oct. 4 as the due date for Travelers' expert designations, we are requesting Oct. 7 to be the deadline.

Thanks,

Ruth

Ruth S. Kochenderfer
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

1

(Tel): 202.429.8173
(Fax): 202.429.3902
Email: rkochenderfer@steptoe.com

Information contained in this email may be privileged and confidential and subject to the attorney/client privilege. If you received this email by mistake please do not read it and so indicate by replying to the sender.

---

**From:** Scott Laseter [mailto:slaseter@kglattorneys.com]
**Sent:** Tuesday, August 16, 2011 1:24 PM
**To:** Kochenderfer, Ruth
**Cc:** Winston, Frank; dsinor@handarendall.com; Rebecca@pritchettlawfirm.com; Carol Geiger; Janaskie, Paul
**Subject:** Re: Alagasco v. Travelers - Due Date for Expert Reports

Ruth:

Unless I was mistaken, the dates I gave provided both sides two weeks from the original deadlines. Am I confused?

Thanks.

Scott

----- Original Message -----
From: Kochenderfer, Ruth <rkochenderfer@steptoe.com>
To: Scott Laseter
Cc: Winston, Frank <fwinston@steptoe.com>; dsinor@handarendall.com <dsinor@handarendall.com>; Rebecca Pritchett <Rebecca@pritchettlawfirm.com>; Carol Geiger; Janaskie, Paul <pjanaskie@steptoe.com>
Sent: Tue Aug 16 11:56:46 2011
Subject: RE: Alagasco v. Travelers - Due Date for Expert Reports

Scott,


Travelers will agree to the extension of each party's expert deadlines by 2 weeks. Because Alagasco is receiving 2 additional weeks to prepare its reports, Travelers would like a few additional days of time to prepare its responses to those reports. Would Alagasco agree to extend Travelers' deadline until Friday, October 7, 2011?

Thanks,


Ruth


Ruth S. Kochenderfer
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(Tel): 202.429.8173
(Fax): 202.429.3902
Email: rkochenderfer@steptoe.com

Information contained in this email may be privileged and confidential and subject to the attorney/client privilege. If you received this email by mistake please do not read it and so indicate by replying to the sender.

From: Scott Laseter [mailto:slaseter@kglattorneys.com]
Sent: Tuesday, August 16, 2011 11:05 AM
To: Kochenderfer, Ruth
Cc: Winston, Frank; dsinor@handarendall.com; Rebecca Pritchett; Carol Geiger
Subject: Alagasco v. Travelers - Due Date for Expert Reports

Ruth:

This email is simply to confirm our agreement that both parties will have a two-week extension on their respective due dates for expert reports in light of the scheduling of depositions, such that Alagasco's reports will be due Tuesday, September 13 and Travelers will be due Tuesday, October 4. Thanks.

Scott

W. Scott Laseter

Kazmarek Geiger & Laseter LLP

3490 Piedmont Road, N.E., Suite 350

Atlanta, Georgia 30305

(404) 812-0844

www.kglattorneys.com

3