FILED
2011 Sep-30  PM 02:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| Alabama Gas Corporation, | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO.: |
| | ) | 2:10-cv-1840-IPJ |
| Travelers Casualty and Surety | ) | |
| Company, *et al.*, | ) | |
| Defendants. | ) | |
| | ) | |

## Supplement to Expert Report of Dennis Unites

I hereby supplement my Expert Report in the above-styled matter to clarify
that we accessed aerial photographs for years 1942 and 1978 from the on-line
University of Alabama library.  Those photographs may be viewed at
http://alabamamaps.ua.edu/aerials/Counties/Madison/index.html.  In addition, I
relied upon analysis provided to me by Dr. Glen C. Gustafson of Environmental
Image Group, who analyzed photographs for 1942, 1950, 1954, 1958, 1962, 1968
and 1971 using a zoom stereoscope.  In general, stereoscopic examination of
photographs provides much greater detail than can be seen with a single
photograph, especially with the naked eye.  Dr. Gustafson's September 11, 2011,
report analyzing the photos for 1958, 1962, 1968 and 1971 is attached.  Further,
two days after the September 13, 2011 publication of my expert report, Dr.
Gustafson has provided me with written analysis of photos he examined for 1942,
1950 and 1954, which is also attached.  Dr. Gustafson's analysis of the
photographs from 1950 and 1954 indicates that the dismantling or demolition of
the holders and their associated below-grade structures appears to have been
started prior to February 1950 but was not completed until sometime after
February 1954.  The 1950 photo showed shadows of the distribution holder
superstructure.  Further, Dr. Gustafson's examination shows that liquid contents

1

from one of the holder bottoms was being drained or otherwise diverted to the nearby creek in early 1954. Along with review of Dr. Gustafson's reports, I also had several conversations with him regarding his observations of the various photographs listed above.

Dennis F. Unites

**Environmental Image
Group**

Glen C. Gustafson, PhD.
42 Banning Drive, PO Box 422
Avalon, CA 90704
 Tel: (310) 612 - 3505
Blue-2002@GMX.NET



## LETTER OF TRANSMITTAL

TO:      Dennis Unites
         GEI Consultants

DATE:    September 11, 2011    4:30 PM Pacific Time

SUBJECT: Aerial Image Analysis Reports for 1936 (map), 1958, 1962,
1968, & 1971

    Dennis:

    The aerial imagery analysis report requested by Scott Laseter, of KGL
Attorneys, follows. This covers the US Geological Survey, 1936
"Huntsville, AL" Topographic Quadrangle map(7.5 min.);  May 30, 1958,
US Department of Agriculture airphotos; March 1962 Aeroquest airphotos;
March 27, 1968 Aeroquest airphotos; and February 6, 1971 Aeroquest
airphotos. The aerial films from 1937, 1942, 1950, and 1954 are still to
arrive. The 1942 film from the National Archives has been promised for
either tomorrow (Monday), or the next day.

    The "Uniform Image Analysis Report" which follows, has been
compiled from stereo aerial films viewed over a light table through a
standard Zoom Stereoscope. In its standard form, this equipment permits

viewing of aerial films with stereo vision and zoom capabilities up to 30X. The positions of objects on the sketchmaps are only visual approximations, regarding size and location.

In a few cases, the dimensions of ground objects are given. These are not estimations, but rather, approximate calculations based on standard "photo mensuration" techniques. If needed, the science of "photogrammetry" could be used to more correctly dimension ground objects, although this is more time-consuming.

Until further aerial film arrives, I have completed the task to the best of my ability in the time provided. I hope you will find this useful. Please feel free to contact me as needed with questions or clarifications.

| Uniform Image Analysis Report |

9/11/11

Environmental Image
Group
Glen C. Gustafson, PhD
P.O. Box 422
42 Banning Drive
Avalon, CA 90704
Tel (310) 510 - 1541
Cell (310) 612 - 3505
Blue-2002@GMX.NET

Site Name: HUNTSVILLE MGP, AL

Date of Photography: 1936 USGS TOPO MAP

Photo Source: US Geol. Survey

Nominal Scale: 1:24,000    Film Type: ____

Reference No.: "HUNTSVILLE" TOPO QUAD

Comments: HIGHLY GENERALIZED US GEOL.
SURVEY MAP FROM 1936 SHOWS:
— 2 GAS HOLDERS
— RETORT BLDG.
— PURIFIER HOUSE
— RESIDENCE (?) IN NORTH CORNER.



NOTE: Objects marked in heavy BLACK over the ghost image, present for this year.



Huntsville, AL 1936 USGS Topo Quadrangle

http://cartweb.geography.ua.ed...

Return to Thumbnail List

Huntsville7536.sid

Based on aerial photos;
field check 1936

## Uniform Image Analysis Report

*IMAGE QUALITY : FAIR/POOR (DARK)*

Site Name: HUNTSVILLE MGP, AL

Date of Photography: MAY 30, 1958

Photo Source: USDA

Nominal Scale: _____  Film Type: PAN

Reference No.: _____

Comments: SITE CONTAINS: FORMER PURIFYING
HOUSE AND PUMP HOUSE (ATTACHED AT
E. END); 4 PROB. SMALL VEHICLES IN
GRASSY ᴬᴿᴰ AREA NORTH OF PURIFYING BLDG,
1 POSS. VEHICLE ALONGSIDE BLDG. NO
EVIDENCE OF FORMER GAS HOLDERS. (CONT.)

Environmental Image
Group
Glen C. Gustafson, PhD
P.O. Box 422
42 Banning Drive
Avalon, CA 90704
Tel. (310) 510-1541
Cell (310) 612-3505
Blue-2002@GMX.NET
9/10/11



NOTE: Objects marked in heavy BLACK over the ghost image, present for this year.

HUNTSUILLE   MGP, AL

MAY 30, 1958 COMMENTS, cont.

VERY
  INACTIVE SITE APPEARANCE.
  ∧

  NO RESIDENCE IN EXTREME N
    CORNER OF SITE.

## Uniform Image Analysis Report

Site Name: HUNTSVILLE MGP, AL

Date of Photography: MARCH 1962

Photo Source: AEROQUEST

Nominal Scale: _____ Film Type: PAN

Reference No.: _____

Comments: SITE CONTAINS : PURIFYING HOUSE &
ATTACHED PUMP HOUSE ; ADJOINING PAVE-
MENT SHOWS 4 PROB. SMALL VEHICLES.
RESIDENCE IN N CORNER HAS 2 SML. VEH'S
ADJOINING ; GRASSY YARD AREA CONTAINS
2 PROB. SEMI-TRUCK TRAILERS, 3 UNKNOWN
(CONT.)

IMAGE QUALITY: GOOD

Environmental Image
Group
Glen C. Gustafson, PhD
P.O. Box 422
42 Banning Drive
Avalon, CA 90704
Tel. (310) 510 - 1541
Cell (310) 612 - 3605
Blue-20020@GMX.NET

9/10/11



NOTE: Objects marked in heavy BLACK over the ghost image, present for this year.

HUNTSVILLE MGP, AL
MARCH 1962 COMMENTS cont.

SMALL VEHICLES/EQUIPMENT,
- 1 APRX. 50-FOOT LONG WHITE PIPE
OF LARGE DIAMETER, & 2 OTHER
SHORTER WHITE PIPES; NEARBY
ARE TWO LONG, NARROW AREAS
OF WHITE GROUND SCARRING.
SITE APPEARS ACTIVE.

- VEHICLE TRAFFIC PATTERNS IN-
DICATE THAT THE FORMER "COAL
YARD" TO THE SOUTHWEST IS
NOW A FUNCTIONAL PART OF THE
SITE, WITH NO BREAK BETWEEN
THE TWO.

- NOTE: FORMER PUMP HOUSE IMMED-
IATELY ADJOINS PURIFIER BUILDING
ON THE EAST END; 1966 AND OTHER
SANBORN MAPS SHOW A GAP BETWEEN
THE TWO.

**IMAGE QUALITY: FAIR/GOOD (SOMEWHAT SCRATCHED)**

## Uniform Image Analysis Report

Environmental Image Group
Glen C. Gustafson, PhD
P.O. Box 422
42 Banning Drive
Avalon, CA 90704
Tel (310) 510 - 1541
Cell (310) 612 - 3505
Blue-2002@GMX.NET

9/10/11

Site Name: HUNTSVILLE MGP, AL

Date of Photography: MARCH 27, 1968

Photo Source: AEROQUEST

Nominal Scale: _____  Film Type: PAN

Reference No.: _____

Comments: REMAINING ORIGINAL BUILDINGS
INCLUDE ONLY THE FORMER PURIFYING
HOUSE AND THE RESIDENCE IN THE
NORTH CORNER OF THE PROPERTY.
THE PUMP HOUSE HAS BEEN REPLACED
BY A TALL, NARROW VERTICAL (cont.)



NOTE: Objects marked in heavy BLACK over the ghost image, present for this year.

HUNTSVILLE MGP, AL

MARCH 27, 1968 cont. P.2

STRUCTURE WHICH COULD BE A CYLINDRICAL HORIZONTAL STORAGE TANK ON A SOLID CRADLE; THE POSSIBLE TANK MEASURES 10-15 FEET IN LENGTH.
- ANOTHER PROBABLE CYLINDRICAL HORIZONTAL STORAGE TANK IS LOCATED ALONG THE GULLY AT THE NW EDGE OF THE FACILITY. THIS TANK MEASURES ROUGHLY 15-20 FT. IN LENGTH. THIS HAS AN L-SHAPED PIPE LEAVING IT TO THE SOUTH, THEN SOUTHWEST.

- SCATTERED AT AT LEAST 3 LOCATIONS ARE AT LEAST APRX. 20-FT. LONG BLACK PIPE SECTIONS.

- MORE POSSIBLE PIPE SECTIONS MAY BE STORED IN TWO RACKS JUST N OF THE PURIFYING HOUSE YARD.
- A NARROW, BLACK, RECTANGULAR, POSSIBLE WASTE PIT IS LOCATED IN THE FORMER COAL YARD, PARALLEL W/ POLLARD ST.

HUNTSVILLE MGP, AL

MARCH 27, 1968   cont.      P. 3

- TWO LARGE PILES OF REFUSE/
  FILL DIRT ARE VISIBLE AT THE
  SW PART OF THE FACILITY AND
  IN THE COAL YARD

- TWO SMALL, POSSIBLE VERTICAL
  STORAGE TANKS AND SOME OTHER
  EQUIPMENT IS VISIBLE AT THE
  EAST EDGE OF THE COAL YARD
  ALONG THE SIDE OF POLLARD ST.

- ONE PROBABLE PICK-UP TRUCK
  AND A SMALLER VEHICLE ARE
  VISIBLE AT THE SW END OF
  THE PURIFYING HOUSE YARD.

- THE SITE HAS THE APPEARANCE
  OF CONSIDERABLE ACTIVITY.

IMAGE QUALITY: EXCELLENT

## Uniform Image Analysis Report

Site Name: _HUNTSVILLE MGP, AL_

Date of Photography: _FEB. 6, 1971_

Photo Source: _AEROQUEST_

Nominal Scale: _1:12,000_  Film Type: _PAN_

Reference No.: _____

Comments: _SITE HAS BEEN ENTIRELY_
_RAZED, GRADED AND BUILT UP INTO A_
_NEW NEIGHBORHOOD OF (PROBABLY) 2-_
_STORY DUPLEX HOMES SITUATED ALONG_
_MODERN, CURVING STREETS. NO REMNANT_
_FEATURES OF THE FORMER MGP PLANT_

Environmental Image
Group
Glen C. Gustafson, PhD.
P.O. Box 422
42 Banning Drive
Avalon, CA 90704
Tel. (310) 510 - 1541
Cell. (310) 612 - 3505
Blue-2002@GMX.NET

9/10/11



NOTE: Objects marked in heavy BLACK over the ghost image, present for this year.

HUNTSVILLE MGP, AL
     FEB. 6, 1971   cont.

REMAIN VISIBLE, ALTHOUGH ITS
EXACT FORMER LOCATION IS CLEARLY
VISIBLE FROM FEATURES ACROSS
THE GULLY AND RR TRACKS TO
THE NW.

*FAX*

### Environmental Image
### Group

Glen C. Gustafson, PhD.
42 Banning Drive, PO Box 422
Avalon, CA 90704
Tel: (310) 612 - 3505
Blue-2002@GMX.NET



## LETTER OF TRANSMITTAL

TO:         Dennis Unites
            GEI Consultants

DATE:       September 15, 2011    6:30 PM Pacific Time

SUBJECT: Aerial Image Analysis Reports for 1942, 1950 & 1954

     Dennis:

     The additional aerial imagery analysis report requested by Scott
Laseter, of KGL Attorneys, follows. This covers the National Archives
aerial film from March 23, 1942, February 27, 1950, and February 6, 1954.

     The "Uniform Image Analysis Report" which follows, has been
compiled from stereo aerial films viewed over a light table through a
standard Zoom Stereoscope. In its standard form, this equipment permits
viewing of aerial films with stereo vision and zoom capabilities up to 30X.
The positions of objects on the sketchmaps are only visual approximations,
regarding size and location.

     In a few cases, the dimensions of ground objects are given. These are
not estimations, but rather, approximate calculations based on standard
"photo mensuration" techniques. If needed, the science of

"photogrammetry" could be used to more correctly dimension ground objects, although this is more time-consuming.

It is my understanding that I have now completed the basic task to the best of my ability in the time provided. In cases like this it is also common to have follow-up, specific questions of the imagery; if this is useful, please let me know. The materials and equipment will remain handy here for a few weeks; I should be able to respond quickly to any discussion items from the imagery.

## Uniform Image Analysis Report

9/14/11

Site Name: HUNTSVILLE MGP, AL

Date of Photography: MARCH 23, 1942

Photo Source: NATIONAL ARCHIVES

Nominal Scale: _____ Film Type: PAN

Reference No.: HM-1C-67, 68, 69

Comments: SITE CONTAINS:

- LARGE GASOMETER w/ LIGHT-TONED ROOF.
- SMALLER GASOMETER w/ MOTTLED ROOF.
- PURIFYING HOUSE, BUT NO ADJOINING SHEDS.
- VERY DIRTY/SMUDGY RETORT BUILDING.
- PROBABLE HORIZONTAL STORAGE TANK

IMAGE QUALITY: FAIR/POOR, BUT STEREO TRIPLET.

Environmental Image Group
Glen C. Gustafson, PhD
P.O. Box 422
42 Benning Drive
Avalon, CA 90704
Tel. (310) 510-1541
Cell (310) 612-3505
Blue-2002@GMX.NET



NOTE: Objects marked in heavy BLACK over the ghost image, present for this year.

HUNTSVILLE MGP, AL          9/14/11

P. 2

MARCH 23, 1942   cont.

LOCATED ALONG EAST SIDE OF
SITE ABOUT HALF WAY BETWEEN
THE PURIFYING HOUSE & RESIDENCE.
— A BROAD, BUT LOW, PROBABLE
   COAL PILE IMMEDIATELY  SOUTH
   OF THE RETORT BUILDING

— AN ADJOINING POSSIBLE COAL
   PILE, SOMEWHAT DARKER AND
   LOWER, JUST TO THE SOUTH
   (i.e., DEEPER INTO THE "COAL
   YARD" AWAY FROM THE RETORT
   BUILDING).

— ONE LIGHT-TONED PROB. VEHICLE
   PARKED AT THE NORTH EDGE OF
   THE "RESIDENCE".


NOTE: BEST STEREO VIEW w/ EXPO-
SURES 68 & 69.

9/14/11

IMAGE QUALITY : GOOD / FAIR
( NO STEREO TRIPLET COVERAGE )

## Uniform Image Analysis Report

Site Name: HUNTSVILLE MGP, AL

Date of Photography: FEB. 27, 1950

Photo Source: NATIONAL ARCHIVES

Nominal Scale: _____ Film Type: PAN

Reference No.: _____

*Environmental Image Group*
Glen C. Gustafson, PhD
P.O. Box 422
42 Banning Drive
Avalon, CA 90704
Tel (310) 510 · 1541
Cell (310) 612 · 3505
Blue-2002@GMX.NET

Comments: — LARGER GASOMETER IS MOSTLY
GONE, BUT LOWER PART OF THE STEEL SUPER-
STRUCTURE (ESTIMATED 30-FT HIGH) CLEARLY
REMAINS; THE FLOOR OF THE FORMER TANK
APPEARS TO BE SLIGHTLY LIGHT-TONED DIRT.
VERY SLIGHT DISTURBANCES TO FLOOR.



NOTE: Objects marked in heavy BLACK over the ghost image, present for this year.

HUNTSVILLE MGP, AL
FEB. 27, 1950 COMMENTS cont.

THE FORMER TANK IS ON A SLIGHTLY
ELEVATED PIECE OF GROUND, WITH THE
REST OF THE PLANT SLIGHTLY LOWER.
- THE SMALLER GASOMETER HAS
BEEN MOSTLY REMOVED, BUT THE
RING AROUND THE BASE IS STILL
CLEARLY VISIBLE, THE FLOOR OF
THIS FORMER TANK APPEARS TO BE
DIRT, SLIGHTLY DARKER THAN THE
SURROUNDING SOIL, ABOUT GRND. LEVEL.
- THE PURIFYING HOUSE IS PRESENT
AND APPEARS TO HAVE A VERY
CLEAN-LOOKING ROOF.
- THE ATTACHED PUMP HOUSE
(TO THE EAST) APPEARS AS BEFORE.

- THREE LIGHT-TONED (SILVER OR
WHITE ?) HORIZONTAL STOR. TANKS
ARE CLEARLY VISIBLE JUST EAST
OF THE LARGE GASOMETER. THIS
CONSISTS OF ONE VERY LONG ONE
AND TWO SLIGHTLY SHORTER ONES
LYING PARALLEL AND TO THE EAST.
- THE RETORT BLDG/GENERATOR
ROOM/WATER GAS PLANT BLDG.

HUNTSVILLE MGP, AL

FEB. 27, 1950 COMMENTS cont.

APPEARS COMPLETE & INTACT.

- NO VEHICLES ARE DISCERABLE.

- THE SITE DOES NOT GIVE MUCH
  EVIDENCE OF BEING ACTIVE.

9/14/11

## Uniform Image Analysis Report

IMAGE Quality : FAIR

Site Name: HUNTSVILLE MGP, AL

Date of Photography: FEB. 6, 1954

Photo Source: NATIONAL ARCHIVES

Nominal Scale: _____  Film Type: PAN

Reference No.: HM-1N-14 & 15

Comments: DISMANTLING OF THE PLANT SINCE THE FEB. 1950 AIRPHOTOS HAS PRODUCED QUITE NOTICEABLE PROGRESS:
—THE SMALLER GASOMETER IS COMPLETELY GONE, BUT A CIRCULAR TRENCH/GROUND SCAR IS STILL VISIBLE.           cont.

Environmental Image Group
Glen C. Gustafson, PhD
P.O. Box 422
42 Banning Drive
Aviston, CA 90704
Tel (310) 510 - 1541
Cell (310) 612 - 3505
Blue-2002@GMX.NET



NOTE: Objects marked in heavy BLACK over the ghost image, present for this year.

HUNTSVILLE MGP, AL
FEB. 6, 1954 COMMENTS cont.

- THE LARGER GASOMETER HAS
ALSO BEEN REMOVED, ALTHOUGH
THE CIRCULAR FOUNDATION WALL
REMAINS, PROJECTING A FEW FEET
ABOVE THE TERRAIN. THE DEPRESSED
INTERIOR OF THE FORMER GASOMETER
APPEARS TO BE MOSTLY WATER-FILLED,
ALTHOUGH THERE APPEARS TO BE
SOME PROBABLE FILL MATERIAL ALONG
THE SOUTHEAST RIM NEAR THE
PURIFYING HOUSE. ALSO, A DITCH
HAS BEEN CUT FROM THE GASOM-
ETER RIM WESTWARD INTO THE
CREEK, PERHAPS TO ALLOW DRAIN-
AGE OF THE PONDED WATER IN
THE FORMER TANK DEPRESSION.
- A PROBABLE EXCAVATION STEAM
SHOVEL CAN BE SEEN BETWEEN
THE TWO FORMER GASOMETERS.
- THE ENTIRE RETORT BUILDING
IS GONE AND THE TERRAIN HAS
BEEN PARTIALLY GRADED.
- THE NORTH EDGE OF THE FORMER
COAL YARD IS RECEIVING DUMP

P. 3

HUNTSVILLE MGP, AL
FEB. 6, 1954 COMMENTS cont.

TRUCK LOADS OF LIGHT-TONED
FILL MATERIAL; A TRUCK / CONS-
TRUCTION VEHICLE CAN BE SEEN
MOVING AROUND.

- THE THREE LONG HORIZONTAL
TANKS FROM THE FEB. 1950 AERIAL
FILM ARE GONE, ALTHOUGH SOME
REMNANT PARTS OF THE TANKS
MAY BE STORED JUST SOUTH
OF THEIR FORMER LOCATION
(i.e., NEARER TO THE PURIFIER
BUILDING YARD).

- THE PURIFIER BUILDING AND
PUMPHOUSE REMAIN UNCHANGED.

- THE "RESIDENCE" IN THE EXTREME
NORTH CORNER OF THE SITE ALSO
REMAINS UNCHANGED.

- A FEW POSSIBLE VEHICLES CAN
BE DETECTED AROUND THE SITE
BUT NOT WELL, DUE TO IMAGE QUALITY.

HUNTSVILLE MGP, AL
FEB. 6, 1954 COMMENTS cont.

- SOME VERY LIGHT-TONED MOUNDED MATERIAL IS VISIBLE JUST ACROSS THE YARD FROM THE PURIFYING BUILDING (I.e., TO THE NORTH).

- A SMALL STRUCTURE OR VEHICLE IS VISIBLE ON THE PAVEMENT JUST EAST OF THE PURIFYING HOUSE.

- THE BASE OF THE FORMER SUPPORT CRADLE FOR THE 3 LARGE HORIZONTAL STORAGE TANKS IS STILL VISIBLE AT THE NORTH END OF THE FORMER TANKS,

- IT APPEARS THAT CONSIDERABLE GRADING HAS BEEN DONE ON THE HIGHER GROUND SURROUNDING THE TWO FORMER GASOMETERS.