FILED
2011 Oct-13 PM 02:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

## Scott Laseter

**From:** Kochenderfer, Ruth <rkochenderfer@steptoe.com>
**Sent:** Monday, September 19, 2011 5:27 PM
**To:** Scott Laseter
**Cc:** Winston, Frank; Janaskie, Paul; Liu, Rebecca; 'Drew Sinor' (dsinor@handarendall.com)
**Subject:** RE: Alagasco v. Travelers -- Alagasco's Expert Deposition Schedule

Scott,

That is the correct schedule for depositions and the timing of the Hildebrand and Hughes rebuttal reports.

For each deposition, we will begin at 9 am. I will provide the name of the court reporter and other attendees for Unites, Hildebrand and Hughes.

For all party expert depositions, no subpoena will be required.

Thanks,

Ruth


Ruth S. Kochenderfer
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(Tel): 202.429.8173
(Fax): 202.429.3902
Email: rkochenderfer@steptoe.com

Information contained in this email may be privileged and confidential and subject to the attorney/client privilege. If you received this email by mistake please do not read it and so indicate by replying to the sender.

---

**From:** Scott Laseter [mailto:slaseter@kglattorneys.com]
**Sent:** Monday, September 19, 2011 5:21 PM
**To:** Kochenderfer, Ruth
**Cc:** Winston, Frank; Janaskie, Paul; Liu, Rebecca; 'Drew Sinor' (dsinor@handarendall.com)
**Subject:** Alagasco v. Travelers -- Alagasco's Expert Deposition Schedule

Ruth:

Knitting the schedule together, I have:

- DeHihns on September 30, at Alston & Bird in Atlanta, GA;

- Unites on October 4, at Archer & Greiner in Haddonfield, NJ;

- Hildebrand on October 11, at Kazmarek, Geiger & Laseter in Atlanta, GA

1

- Hughes on October 14, at the Renaissance Hotel in Richardson, TX.

Further, we have agreed that your rebuttal expert reports corresponding to Messrs. Hildebrand and Hughes will be due two days after each of those depositions, respectively. Finally, we are in agreement that it each side will take responsibility for assuring the availability of its experts on the agreed dates without subpoena. Please confirm.

Thanks.

Scott

W. Scott Laseter
Kazmarek Geiger & Laseter LLP
3490 Piedmont Road, N.E., Suite 350
Atlanta, Georgia  30305

(404) 812-0844
www.kglattorneys.com

2