FILED
2011 Oct-13  PM 02:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT B

**Scott Laseter**

| | |
|---|---|
| **From:** | Kochenderfer, Ruth <rkochenderfer@steptoe.com> |
| **Sent:** | Friday, September 30, 2011 5:49 PM |
| **To:** | Scott Laseter |
| **Cc:** | Winston, Frank; Liu, Rebecca; Janaskie, Paul; 'Drew Sinor' (dsinor@handarendall.com) |
| **Subject:** | Alagasco -- Deposition of Travelers' expert |

Scott,

The only expert depositions that have not yet been scheduled are aerial photo experts.  Travelers intends to have an aerial photo expert.  I will provide you with some dates for the deposition.

Thanks,

Ruth


Ruth S. Kochenderfer
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(Tel):  202.429.8173
(Fax):  202.429.3902
Email: rkochenderfer@steptoe.com


Information contained in this email may be privileged and confidential and subject to the attorney/client privilege.  If you received this email by mistake please do not read it and so indicate by replying to the sender.