# EXHIBIT C

**Scott Laseter**

| | |
|---|---|
| **From:** | Janaskie, Paul <pjanaskie@steptoe.com> |
| **Sent:** | Tuesday, September 27, 2011 4:10 PM |
| **To:** | Scott Laseter |
| **Cc:** | 'Rebecca Pritchett'; "Drew Sinor' (dsinor@handarendall.com)'; Winston, Frank; Kochenderfer, Ruth; Glen Gustafson |
| **Subject:** | RE: Alagasco v. Travelers |

Scott:

   Yes, in that case, please send both the chip slides and the larger films to HAS Images. Thank you.

Paul Janaskie
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036-1795
202.429.3052 (direct)
301.801.5440 (cell)
pjanaskie@steptoe.com

The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think you received this e-mail message in error please e-mail the sender at "pjanaskie@steptoe.com." Thank you.

**From:** Scott Laseter [mailto:slaseter@kglattorneys.com]
**Sent:** Tuesday, September 27, 2011 3:58 PM
**To:** Janaskie, Paul
**Cc:** 'Rebecca Pritchett'; "Drew Sinor' (dsinor@handarendall.com)'; Winston, Frank; Kochenderfer, Ruth; Glen Gustafson
**Subject:** RE: Alagasco v. Travelers

Paul:

   I also think we are on the same page but, just to be sure, the "chipping" process means the part of the larger film that has the specific area of interest is cut out to make a smaller slide that can fit into the stereoscope device. Thus, the part of the film your folks will want to see is in the "chipped" portion. We will be sending you both the larger film (which now has a hole in it where the "chip" was removed) and the chipped slide so that HAS Images can confirm that they go together and make copies of both. Dr. Gustafson will get them out this evening so hopefully HAS Images will get them tomorrow. Thanks.

Scott

**From:** Janaskie, Paul [mailto:pjanaskie@steptoe.com]
**Sent:** Tuesday, September 27, 2011 2:49 PM
**To:** Scott Laseter

1

**Cc:** 'Rebecca Pritchett'; "Drew Sinor' (dsinor@handarendall.com)'; Winston, Frank; Kochenderfer, Ruth; Glen Gustafson
**Subject:** RE: Alagasco v. Travelers

Scott:

    I think we are on the same page here: We just need Dr. Gustafson to send (via overnight delivery) his original full-sized films to HAS Images. HAS will make duplicate film positives for us, and will return the original full-sized films to Dr. Gustafson.

Paul

Paul Janaskie
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036-1795
202.429.3052 (direct)
301.801.5440 (cell)
pjanaskie@steptoe.com

The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think you received this e-mail message in error please e-mail the sender at "pjanaskie@steptoe.com." Thank you.

**From:** Scott Laseter [mailto:slaseter@kglattorneys.com]
**Sent:** Tuesday, September 27, 2011 2:32 PM
**To:** Janaskie, Paul
**Cc:** 'Rebecca Pritchett'; "Drew Sinor' (dsinor@handarendall.com)'; Winston, Frank; Kochenderfer, Ruth; Glen Gustafson
**Subject:** RE: Alagasco v. Travelers

Paul:

    As the folks at HAS Images may have predicted for you, Dr. Gustafson only has a single set of the films. However, he is familiar with HAS Images and would be comfortable sending his original to them on a loan basis for them to make a prompt copy and return the original to Dr. Gustafson. If that approach is agreeable, Dr. Gustafson will put them in a Fed Ex package for overnight delivery. Please confirm.

    Also, Dr. Gustafson explained to me that he performed a process called "chipping" in which he cut the relevant portions of the films to make slides to fit in the stereoscope. Assuming we have an agreement that HAS Images will simply make its own duplicate, Dr. Gustafson will send both the "chipped" slides and the original full-sized films.

    I am copying Dr. Gustafson on this message so he can correct me if I have butchered the explanation.

    Thanks

Scott

W. Scott Laseter
Kazmarek Geiger & Laseter LLP
3490 Piedmont Road, N.E., Suite 350
Atlanta, Georgia 30305

(404) 812-0844
www.kglattorneys.com

---

**From:** Janaskie, Paul [mailto:pjanaskie@steptoe.com]
**Sent:** Monday, September 26, 2011 3:17 PM
**To:** Scott Laseter
**Cc:** 'Rebecca Pritchett'; "Drew Sinor' (dsinor@handarendall.com)'; Winston, Frank; Kochenderfer, Ruth
**Subject:** Alagasco v. Travelers

Scott:

    We have reviewed the Aerial Image Analysis Report by Glen Gustafson, which we received on September 20. Please provide to us the film positives (the stereo pairs) for the images that were analyzed or referred to by Dr. Gustafson in his report, including the 1937 aerial photography referred to by Dr. Gustafson. Please send the film positives, via FedEx overnight delivery, to HAS Images, Inc. at the following address:

> HAS Images, Inc.
> 136 North St. Clair Street, Suite 300
> Dayton, OH 45402
> (937) 222-3856

    By requesting the film images, we are not waiving our rights to contest that the submission of Dr. Gustafson's report or Mr. Unites's supplemental report was improper or untimely.


**Paul Janaskie**
**Steptoe & Johnson LLP**
**1330 Connecticut Avenue, NW**
**Washington, DC 20036-1795**
**202.429.3052 (direct)**
**301.801.5440 (cell)**
pjanaskie@steptoe.com

The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think you received this e-mail message in error please e-mail the sender at "pjanaskie@steptoe.com." Thank you.

3