# EXHIBIT D

1

1          IN THE UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF ALABAMA

3                   SOUTHERN DIVISION

4    ----------------------------x

5    ALABAMA GAS CORPORATION,        )

6                   Plaintiff,    ) Civil Action No.

7        v.                       ) 2:10-cv-1840-IPJ

8    TRAVELERS CASUALTY AND SURETY )

9    COMPANY, et al.,                )

10                  Defendants.    )

11   ----------------------------x

12

13           Deposition of DENNIS F. UNITES

14             Haddonfield, New Jersey

15             Tuesday, October 4, 2011

16                   9:21 a.m.

17

18

19

20   Job No.: 14183

21   Pages: 1 - 252

22   Reported by: Kim A. Ghilardi, CCR, RPR

DEPOSITION OF DENNIS F. UNITES
CONDUCTED ON TUESDAY, OCTOBER 4, 2011

240

1    are PAHs?

2        A      There would be several hundred PAHs

3    that would be there.

4        Q      Does EPA look at a subset of PAHs as

5    being particularly important from an environmental

6    standpoint?

7        A      I believe that there are 16 PAHs that

8    they have on the priority pollutant list.  I'm not

9    sure of the exact number.

10       Q      I'm shifting gears again.  Over the

11   course of your career, can you give us an idea of

12   how many different MGP sites that you've been

13   involved in?

14       A      I've looked at data from and looked

15   at information probably, I would have to estimate

16   that over the last, well since 1981, do the math on

17   that, I've probably looked at several hundred,

18   information about several hundred sites.

19       Q      And of those sites, how many of those

20   sites, your work on those sites, involved looking

21   at aerial photographs?

22       A      Oh, I would say that we are talking

DEPOSITION OF DENNIS F. UNITES
CONDUCTED ON TUESDAY, OCTOBER 4, 2011

241

1    about tens of sites.  Actually, when you start

2    looking at some of the other, some of the general

3    desk reviews, we are talking about close to a

4    hundred.

5         Q        In other words, you've looked at

6    aerial photographs for over a hundred some-odd

7    sites?

8         A        Around a hundred sites.

9         Q        What role, if any, did aerial

10   photographs play in the normal process of a site

11   assessment?

12        A        Typically we try to get the aerial

13   photographs to discern the site history.

14        Q        And talking not just about MGP but

15   environmental site assessment in general.

16        A        Any site assessment that we are

17   looking at the former use of the property.

18        Q        Are aerial photographs identified in

19   any standards for environment site assignment?

20        A        I believe the ASTM Phase 1 standards

21   suggest use of aerial photographs as well as

22   Sanborn and a number of other sources to determine

DEPOSITION OF DENNIS F. UNITES
CONDUCTED ON TUESDAY, OCTOBER 4, 2011

242

1    past site activities.

2        Q       And have you personally had any

3    formal education with regard to the review or

4    interpretation of aerial photographs?

5        A       As an undergraduate, I took a course

6    in field methods that used, where we were using

7    stereoscopes and so on and there was a subset of

8    that where we actually talked about, you know, the

9    equipment used to develop topographic maps from

10   aerial photography.  And in grad school, I took a

11   course in remote sensing which to a degree had

12   aerial photographs but had other techniques like

13   site scanning radar and so on.

14       Q       And over the course of your career,

15   including MGP sites, can you give us a rough idea

16   of how many sites you've evaluated or assessed or

17   investigated that have involved the use of aerial

18   photographs?

19              MR. JANASKIE:  I'm going to object to

20   this line of the questioning as outside the scope

21   of what I'd been asking.  Go ahead.

22       A       Probably a couple hundred sites, yes.

DEPOSITION OF DENNIS F. UNITES
CONDUCTED ON TUESDAY, OCTOBER 4, 2011

243

1          Q       What's a stereoscope?

2          A       Stereoscope is a -- well, there are a

3    couple different varieties of stereoscopes but to

4    put it simply, they are a device that helps you see

5    the aerial photos in a 3D image.

6          Q       Have you ever used a stereoscope?

7          A       Oh, yes.  Yes.

8          Q       How many times?

9          A       That would probably be in the several

10   hundreds of times, yes.

11              MR. JANASKIE:  Again, objection to

12   the line of questioning as outside the scope of

13   what I had been asking about.

14         Q       Do you own a stereoscope?

15         A       The company does and I have my own

16   pocket stereoscope, yes.

17         Q       In the course of your work evaluating

18   MGPs, is it common to rely on reports of other

19   experts?

20         A       Yes.

21         Q       Can you give me some examples?

22         A       Aerial photographic interpretation we

DEPOSITION OF DENNIS F. UNITES
CONDUCTED ON TUESDAY, OCTOBER 4, 2011

244

1    have here.  We often have risk assessment done by

2    outside firms.  We would have geophysical tests

3    done by outside firms as well.  Even the chemistry,

4    we don't do our own chemical analysis.  We send

5    that out.  Often in the case of forensic

6    interpretations, we have somebody else do forensic

7    interpretations.

8         Q       Okay.  And is that true of all people

9    who do your work in your industry?

10        A       I don't know of too many people that

11   are experts in all things.

12               MR. LASETER:  I have no further

13   questions.

14               MR. JANASKIE:  Can we take a three

15   minute break?

16               (Recess.)

17               MR. JANASKIE:  I have just a few more

18   questions.

19   EXAMINATION BY MR. JANASKIE:

20        Q       Mr. Unites, can you turn to Exhibit

21   #2, if you would.  Looking at the 1936, it's the

22   fifth page in, it says it's Uniform Image Analysis