# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

ALABAMA GAS CORPORATION,

    Plaintiff,

vs.                                                                     CASE NO. CV-10-J-1840-S

TRAVELERS CASUALTY AND
SURETY COMPANY, et al.,

    Defendants.

## ORDER

Pending before the court is the defendants' motion to strike plaintiff's late expert disclosure and reports (doc. 112) and the plaintiff's response to said motion (doc. 116). Having considered said motion and response, and being of the opinion said motion is due to be denied;

It is therefore **ORDERED** by the court that said motion to strike be and hereby is **DENIED.**

**DONE** and **ORDERED** this the 14th day of October, 2011.

                                                  INGE PRYTZ JOHNSON
                                                  U.S. DISTRICT JUDGE