IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| Alabama Gas Corporation, ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 2:10-cv-1840-IPJ |
| Travelers Casualty and Surety ) | |
| Company, *et al.*, ) | |
| Defendants. ) | |
| ) | |

### ALAGASCO'S MOTION TO LIMIT THE EXPERT TESTIMONY OF KATHLEEN J. ROBISON

Plaintiff Alabama Gas Corporation ("Alagasco") hereby requests that the Court limit the proposed testimony of Travelers' second bad faith expert, Kathleen J. Robison, because her testimony at deposition demonstrates that she lacks a sufficient basis to opine on whether or not it is "debatable" if the Alabama Supreme Court would consider a PRP Letter to be a "suit" triggering Travelers' duty to defend. Additionally, Ms. Robison's deposition testimony made clear that she lacks a sufficient basis to opine that Travelers acted reasonably when it said it could not determine its potential coverage obligations to Alagasco upon receipt of the EPA's Request for Information under section 104(e) of the Comprehensive Environmental Response, Compensation and Liability Act, 42 U.S.C. § 9604(e), as amended. Therefore, Alagasco respectfully requests that Ms. Robison's testimony be limited to the other issues reflected in her expert report regarding the timeliness

and reasonableness of Travelers' claims handling activities and the degree to which those activities adhered to the company's procedures.

This 9th day of November, 2011.

>/s/ REBECCA W. PRITCHETT
>REBECCA W. PRITCHETT
>Alabama Bar No. ASB-5146-T83R
>rebecca@pritchettlawfirm.com
>FRED R. DELEON, JR.
>Alabama Bar No. ASB-0761-R80D
>fdeleon@pritchettlawfirm.com
>Pritchett Environmental & Property Law LLC
>3205 Lorna Rd., Ste. 101
>Birmingham, Alabama 35216
>Tel: (205) 824-9092
>Fax: (205) 824-8092
>
>W. SCOTT LASETER
>Georgia Bar No. 438515
>Kazmarek Geiger & Laseter LLP
>3490 Piedmont Road, NE
>Suite 350
>Atlanta, Georgia 30305
>Tel: (404) 812-0839
>Fax: (404) 812-0845
>slaseter@kglattorneys.com
>
>Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed *ALAGASCO'S MOTION TO LIMIT THE EXPERT TESTIMONY OF KATHLEEN J. ROBISON* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

>Andrew J. Sinor, Esq.
>Hand Arendall, LLC
>1200 Park Place Tower
>2001 Park Place North
>Birmingham, Alabama 35203
>
>Frank Winston, Jr., Esq.
>Ruth Kochenderfer, Esq.
>Paul Janaskie, Esq.
>Steptoe & Johnson LLP
>1330 Connecticut Avenue, N.W.
>Washington, D.C. 20036

Done this 9th day of November, 2011.

>/s/ REBECCA W. PRITCHETT
>REBECCA W. PRITCHETT
>Attorney for Plaintiff
>Alabama Gas Corporation

3