FILED
2011 Nov-09 PM 03:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit C


**TRAVELERS**

*Nicole S. Tarczanin*
*Assistant Account Executive*
*Special Liability Coverage Unit*

*One Tower Square, 7FP*
*Hartford, CT 06183-6016*
*Telephone: (860) 277-3008*
*Facsimile: (860) 954-5857*
*Toll Free: (800) 954-9633*
*E-mail: NTARCZAN@spt.com*

Via Facsimile (205) 326-1808
-and-
CERTIFIED MAIL
Return Receipt Requested
No.:7006 2760 0003 4869 2198

November 10, 2008

C. Paige Goldman, Esq.
Energen Corporation
605 21st Street North
Birmingham, AL 35203-2707

        Policyholders:  Alabama Gas Corporation ("Alagasco")
               Site:  Former Huntsville Gas Company Manufactured Gas Plant
                      Holmes and Dallas Avenues
                      Huntsville, Madison County, Alabama ("the Site")
               Re:  United States Environmental Protection Agency ("USEPA")

Dear Ms. Goldman:

This letter will acknowledge receipt of your letter, with enclosures, dated October 29, 2008, which was recently forwarded to my attention in the Special Liability Coverage Unit ("SLCU") for handling. The SLCU, of which I am a member, is responsible for verifying the existence and terms of any policies of insurance issued to Alagasco. The SLCU is also responsible for investigating the facts and circumstances of the captioned matter in order to determine whether Alagasco has insurance coverage for this matter under any such policies.

As an initial matter, I am currently researching our records for copies of any potentially applicable policies issued to Alagasco, including, but not limited to, the policies referenced on the Attachment to your letters. In the meantime, if Alagasco possesses copies of any potentially applicable policies, or any other information respecting policies we may have issued to Alagasco, please forward such to my attention immediately.

C. Paige Goldman, Esq.
November 10, 2008
Page 2

Please be aware, however, general liability policies, subject to their specific terms, conditions, limits and endorsements, typically respond only to claims or lawsuits seeking damages on account of **bodily injury** or **property damage**, suffered by a third party during the policy period, caused by an accident or **occurrence**, and not excluded from coverage. The USEPA's October 3, 2008 Request for Information ("RFI") indicates that Alagasco has not yet received a formal claim with respect to the captioned matter. Therefore, we cannot determine our potential coverage obligations to Alagasco unless and until such a claim or lawsuit is received. Should Alagasco receive a formal claim or be served with a lawsuit in regard to this matter, it shall be incumbent upon Alagasco to provide timely and adequate notice to us at that time, as set forth in the conditions of the specific contracts of insurance.

Notwithstanding the above, I will continue to monitor the captioned matter in order to be in a better position to make a coverage determination should this matter develop into a formal claim. Accordingly, please continue to keep me apprised as to the status of the captioned matter.

In addition, I note from your letters that Alagasco notified us of potential environmental concerns associated with the Site on or about June 2, 1998. However, please be advised that my initial review of our records does not indicate we are in receipt of such notice. At your earliest convenience, please forward this notice to my attention for review and consideration.

Pending further review of any potentially applicable policies, and of the facts and allegations of this matter, we fully reserve our rights. Neither this acknowledgement nor any future communication or investigation should be deemed or construed as: an admission that any coverage is available for this matter, a waiver of any right or defense to coverage available to us (whether under our insurance policies or at law or in equity), an expansion of any obligation that we may subsequently acknowledge (if any), grounds for any claim of estoppel, or as a course of performance. Without limitation of the foregoing, we specifically reserve our right to decline coverage in the event that any additional conditions of our insurance policies (including, but not limited to, those pertaining to notice, cooperation, voluntary payments, assumption of obligations, mitigation, impairment of subrogation, etc.) have been breached.

Should you have any questions regarding this correspondence, please do not hesitate to contact me at the direct dial number given above. If I am not available when you call, you may contact Gail Dalton at (860) 277-3406 for assistance. If it is more convenient, you may leave a message at our toll-free number (1-800-954-9633), and I will return your call as soon as possible.

Very truly yours,

Nicole S. Tarczanin
Assistant Account Executive

NST 0231

cc:   SLG, Houston
      File Number: TBD (w/ encl.)



T000023

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *M. Mueller* ☐ Agent ☐ Addressee<br>B. Received by ( *Printed Name* )  C. Date of Delivery<br>*M. Mueller* |
| 1. Article Addressed to:<br><br>C. Paige Goldman, Esq.<br>Energen Corporation<br>605 21st Street North<br>Birmingham, AL 35203-2707 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>[postmark: 17 2008 AL 35203 USPS]<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*) ☐ Yes |
| 2. 7006 2760 0003 4869 2198    NST0231 | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |

T000024

✳ ✳ ✳ Communication Result Report ( Nov. 10. 2008 12:24PM ) ✳ ✳ ✳

```
                                                      1) TRAVELERS 860 277-1600
                                                      2)
Time: Nov. 10. 2008 12:22PM

le.                                                                          Page
o. Mode         Destination                    Pg(s)        Result       Not Sent
---------------------------------------------------------------------------------
43.Memory TX    912053261808                   P.  3        OK
```

```
Reason for error
     E. 1) Hang up or line fail          E. 2) Busy
     E. 3) No answer                     E. 4) No facsimile connection
     E. 5) Exceeded max. E-mail size
```

**TRAVELERS**

One Tower Square, 7FP
Hartford, CT 06183-6016
FAX: (860) 954-5857

Special Liability Coverage Unit

FACSIMILE
TRANSMISSION

This facsimile communication is strictly confidential and may also be subject to legal privileges. This communication is intended for the sole use of the individual or entity named below. Any use, duplication or publication of this communication by a person or entity other than as named below is prohibited. If you have received this transmission by mistake, please notify the sender immediately by telephone, and return the original communication by mail to the address listed above at Travelers expense.

| DATE | November 10, 2008 | PAGES (incl. cover sheet) | 3 |
|---|---|---|---|
| TO | C. Paige Goldman, Esq. | FAX | (205) 326-1808 |
| FROM | Nicole Tarczanin<br>Special Liability Coverage Unit | PHONE<br>FAX | (860) 277-3008<br>(860) 954-5857 |
| RE | Alagasco | | |
| C O M M E N T S | | | |

PLEASE DELIVER IMMEDIATELY
THANK YOU

T000025