FILED
 2011 Nov-28 PM 03:33
U.S. DISTRICT COURT
    N.D. OF ALABAMA

# EXHIBIT B

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2            FOR THE NORTHERN DISTRICT OF ALABAMA
 3                       SOUTHERN DIVISION
 4   - - - - - - - - - - - - - - - - - - - x
 5   ALABAMA GAS CORPORATION,               :
 6              Plaintiff,                  :
 7   v.                                     : 2:10-CV-1840-IPS
 8   TRAVELERS CASUALTY AND SURETY          :
 9   COMPANY, et al.,                       :
10              Defendants.                 :
11   - - - - - - - - - - - - - - - - - - - x
12
13
14             Deposition of KATHLEEN ROBISON
15                     Washington, D.C.
16                Wednesday, November 3, 2011
17                         9:00 a.m.
18
19   Job No.:  80833
20   Pages 1 through 122
21   Reported by:  Cassandra E. Ellis, RPR
22
23
24
25
```

1  the Munich Re Book said on that, yes.
2       Q   And -- you -- you reviewed on the issue of
3  whether a PRP letter is a suit, you reviewed the
4  Munich Re Book?
5           MR. WINSTON:  Objection, asked and
6  answered.  It's becoming argumentative.
7       A   I reviewed what was in the Munich Re Book
8  and looked at the notations and the symbols, yes.
9       Q   And besides your review of the Munich Re
10 Book, that you just testified to, and having counsel
11 for Travelers discuss with you that issue, any other
12 source that you have for your understanding as to
13 whether or not that was a debatable issue?
14          MR. WINSTON:  Object to the extent you
15 mischaracterize her testimony.  You can go ahead and
16 answer.
17      A   I did not do -- a -- a legal research on
18 that, no, I did not do a legal research.
19      Q   I'm just trying to be sure I understand --
20 the -- the -- the source for your sentence, it says in
21 your report, on page nine, this was a fairly debatable
22 issue.
23          One source you said is your review of the
24 Munich Re Book; is that right?
25      A   That's correct.

Page 104

 1      Q   And the second source is discussions with
 2   counsel for Travelers; is that right?
 3      A   That's correct.
 4      Q   Any others?
 5      A   That would be -- besides any of the
 6   testimony that the depositions I reviewed, that would
 7   be it.
 8      Q   So a third possibility would be -- the --
 9   the views of Travelers' claims department?
10      A   Correct.
11      Q   Okay.  So the three things in there that
12   you reviewed, the Munich Re Book, your discussion with
13   counsel for Travelers, and the opinions of Travelers'
14   claims department; is that right?
15      A   Correct.
16      Q   Is there anything else?
17          MR. WINSTON:  Objection, asked and
18   answered.
19      A   Not that I recall.
20      Q   We talked a minute ago about the activities
21   that Travelers' claims department undertook with
22   regard to the reconstruction of policies between
23   December of 2008 and February of 2010, and I want to
24   move away from the question of efforts to reconstruct
25   the insurance policies and ask if you saw any evidence

1  that they were doing anything else between December
2  2008 and February 2010, besides what was reflected in
3  the Exhibit No. 5 that you already have in front of
4  you?
5        A    Yes.
6        Q    What were those things?
7        A    They -- they promptly -- they communicated
8  with Alagasco.
9        Q    So they -- they wrote letters, you mean?
10       A    They -- they -- they wrote letters to
11 Alagasco, they talked to Alagasco's attorneys, they
12 received information from Alagasco.
13       Q    Anything else?
14       A    As far as documents, that's -- that -- and
15 I did see evidence of initiating -- assigning an
16 investigator.
17       Q    When was that?
18       A    And that was after the February 3rd, 2008,
19 2010 letter.
20       Q    So that would not be between December 2008
21 and February 2010?
22       A    I believe you're -- that's correct, if
23 we're looking at the February, I'm not quite sure, but
24 it was after the 2003/2010 letter.
25       Q    And to be clear, I think you meant February